| | | | |
|---|---|---|---|
| Com. v. Mathews | 1311 WDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 06/24/2016 | CP–26–CR–0000674–<br>2015<br>(Fayette) |
| In re K.A.V.; Appeal of C.D.T. | 1358 WDA 2015<br>Affirmed | 06/24/2016 | OA No. 13 of 2015<br>(Butler) |
| In the Interest of D.P.; Appeal of D.P. | 1615 WDA 2015<br>Vacated and<br>Remanded | 06/24/2016 | 63–OC–2015–0176<br>(Washington) |
| Com. v. Brooks | 188 WDA 2016<br>Affirmed | 06/24/2016 | CP–02–CR–0008889–<br>1975<br>(Allegheny) |
| Com. v. Pettersen | 526 EDA 2014<br>Vacated and<br>Remanded | 06/27/2016 | CP–52–CR–0000425–<br>2009<br>(Pike) |
| In re C.W.; Juvenile Appeal of C.W. | 3470 EDA 2014<br>Affirmed | 06/27/2016 | CP–39–JV–0000302–<br>2014<br>SID NO. 41678445<br>(Lehigh) |
| R.C.R. v. J.D.S. | 3659 EDA 2015<br>Affirmed | 06/27/2016 | DR–15–00779, PSCES<br>No. 299115305<br>(Lehigh) |
| PECO Energy Co. v. Washington [25] | 66 EDA 2016<br>Affirmed | 06/27/2016 | No. 04046 03 Term,<br>2014<br>(Philadelphia) |
| In re Invol. Term of Par. Rights of J.P.C. | 719 EDA 2016<br>Affirmed | 06/27/2016 | 15–9172<br>(Carbon) |
| In the Interest of: R.M.R. | 21 MDA 2016<br>Affirmed | 06/27/2016 | CP–36–DP–0000258–<br>2015<br>(Lancaster) |
| Com. v. Berger | 1173 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/27/2016 | CP–26–CR–0000898–<br>2008<br>(Fayette) |
| Adoption of L.G.L.S.; Appeal of J.L.F. [26] | 1631 WDA 2015<br>Reversed and<br>Remanded | 06/27/2016 | AD–1 for 2015<br>(Bedford) |
| Com. v. Robinson [27] | 2396 EDA 2014<br>Affirmed | 06/28/2016 | CP–51–CR–0601281–<br>2005<br>(Philadelphia) |
| Com. v. Pickney | 2781 EDA 2014<br>Affirmed | 06/28/2016 | CP–51–CR–002938–<br>2012<br>(Philadelphia) |
| Com. v. Mazeffa | 3404 EDA 2014<br>Reversed,<br>Vacated and<br>Remanded | 06/28/2016 | CP–09–CR–0001213–<br>1986<br>(Bucks) |

**25.** Petition for reargument denied August 31, 2016.
**26.** Petition for reargument denied August 11, 2016.
**27.** Petition for reargument denied July 28, 2016.